IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| REBECCA KLEIN, | ) | |
| | ) | 2:09-cv-00333-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT |
| | ) | AND DISPOSITION |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 31, 2009, the Parties filed a Notice of Settlement in which they state "this case has been settled" and that they anticipate filing a stipulation of dismissal within 30 days. Therefore, a dispositional document shall be filed no later than April 30, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: April 2, 2009

GARLAND E. BURRELL, JR.
United States District Judge